RECEIVED
APR 12 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Ryvette Brown

Plaintiff(s),

v. Missouri Military Academy (MMA)

Case No. 2:21-cv-00028 NCC
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES [X]   NO [ ]

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Ryvette Brown

   Plaintiff's address: 1695 Florissant Park Drive
   Street address or P.O. Box

   Florissant, Mo. 63031
   City/ County/ State/Zip Code

   314 369-3702
   Area code and telephone number

3. Defendant's name: Missouri Military Academy

   Defendant's address: 204 N. Grand Street
   Street address or P.O. Box

   Mexico, Missouri 65265
   City/County/State/ Zip Code

   573-581-1776
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)          (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

_October 2019 - May 2020_____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[X] Yes   Date filed: _April 2020_

[ ] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[X] Yes   Date filed: _April 2020_

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[X] Yes                    [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me

    √ termination of my employment

    \_\_\_\_ failure to promote me

    \_\_\_\_ failure to accommodate my disability

    √ terms and conditions of my employment differ from those of similar employees

    √ retaliation

    √ harassment

    \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

    X Yes                              ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

___ religion

___ national origin

✓ color

___ gender

___ disability

___ age (birth year is: _____)

✓ other:
I continued to ask for professional development on diversity & inclusion. Also, I continued to complain about racism within the school for months. Violated against me & other people of color

Did you state the same reason(s) in your charge of discrimination?

☒ Yes     ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

1. I was given more extra duty than the Caucasians.
2. I was harassed by Caucasian parents on facebook. (The school allowed it until the NAACP told them to stop it)
3. My job was given to a part-time Caucasian teacher.
4. I was harassed and lied on by Mike Harding, Jaime Schutte and Pearl Newbrough.
5. I was called a nigger by a student.
6. I was called colored by an employee.

(Continue to page 6, if additional space is needed.)

7. A Caucasian Cadet refused to remove my plate at a Valentine's Dinner where he served as a waiter.

8. The school's president came to observe me teaching which is not in his job description. He did not observe any Caucasian teachers.

9. I was made to work on the curriculum by myself.

10. A Caucasian employee was hired in January 2020.

11. Mike Handing would walk by me and not speak but would speak to every Caucasian around me.

12. Gen. Genaci would walk by me and would not speak but would speak to every Caucasian around me.

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

    ☐ are still being committed by the defendant.

    ☒ are no longer being committed by the defendant.

    ☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

~~I would like to be~~ RB

The Plaintiff prays that upon hearing this case the Court will grant a judgement for the Plaintiff and against the Defendant for all actual, special, compensatory, & punitive damages to which this Honorable Court deems the Plaintiff to be entitled, and for attorney fees, court costs, and all further relief under the applicable statutes mentioned above.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  12  day of  April  , 20 21 .

Signature of Plaintiff  *Lyatte Brown*